| Name | Acreage |
|--------|---------|
| Area A | 0.33 |
| Area B | 0.93 |
| Area C | 1.89 |



**Exhibit 1**
**Holzmacher Site (2021)**
**3829 North Landing Road**
**Virginia Beach, VA 23456**

**Legend**


- Site Boundary
- Impacted Wetlands (3.15 acres)
- Approved Jurisdictional Determination


- National Wetlands Inventory (NWI)
- River/Stream Centerline

N



Feet
0   125   250

Spatial Reference:
Name: NAD 1983 2011 StatePlane Virginia South FIPS 4502 Ft US;
2024 USFWS National Wetlands Inventory; Virginia Rivers (2020 Final WQA IR Assessment); 2021 Base VBMP Orthoimagery;
Sources: Esri, TomTom, Garmin, FAO, NOAA, USGS, © OpenStreetMap contributors, and the GIS User Community, Virginia Geographic Information Network (VGIN)