

**DEPARTMENT OF THE ARMY**
US ARMY CORPS OF ENGINEERS
NORFOLK DISTRICT
FORT NORFOLK
803 FRONT STREET
NORFOLK VA 23510-1096

Reply to
Attention of

JULY 17, 2014

Enforcement and Compliance Section
(NAO-1993-1365 / North Landing River / Intracoastal Waterway)

Howard Holzmacher, Sr.
3313 Heffington Drive
Virginia Beach, Virginia 23456

Dear Mr. Holzmacher:

      This letter is in reference to previous correspondence concerning an approved jurisdictional determination written to you on June 13, 2013. As per the agreement outlined in that letter, members of my staff met with you on March 24, 2014 to perform a delineation of upland and waters of the United Sates (US) on your approximate forty acre property at the above mentioned address located in the City of Virginia Beach.

      Our office utilized the Corps' 1987 Wetland Delineation Manual (*and Regional Supplement to the Corps of Engineers Wetland Delineation Manual: Atlantic and Gulf Coastal Plain Region*) and the positive indicators of wetland hydrology, hydric soils, and hydrophytic vegetation to perform the delineation. The wetland system is a water of the United States and is part of a tributary system to interstate waters (33 CFR 328.3(a)). Please see attached map of the wetland delineation performed on your property. The legend depicts the areas which were evaluated.

      The areas marked red are the locations of unauthorized fill materials, approximately (1.7 acres) placed on the property. The placement of fill materials in a jurisdictional wetland would have required authorization from our office prior to the activity. Therefore, these are the areas we will be concentrating on with you in regard to restoration.

      In addition, please find attached an appeal form for the approved jurisdictional determination performed on your property. If you object to this determination, you may request an administrative appeal under Corps regulations at 33 CFR Part 331. Enclosed you will find a Notification of Appeal Process (NAP) fact sheet and Request for Appeal (RFA) form. If you request to appeal this determination you must submit a completed RFA form to the North Atlantic Division Office at the following address:

      ATTN: Michael Vissichelli, Regulatory Appeals Review Officer
      United States Army Corps of Engineers
      North Atlantic Division
      Fort Hamilton Military Community
      301 General Lee Avenue
      Brooklyn, NY 11252

-2-

In order for an RFA to be accepted by the Corps, the Corps must determine that it is complete, that it meets the criteria for appeal under 33 C.F.R. part 331.5, and that it has been received by the Division Office within 60 days of the date of the NAP. Should you decide to submit an RFA form, it must be received at the above address by ~~August~~ OCTOBER 17, 2014. Please note that if you choose to appeal this approved jurisdictional determination, you must sign and return the enclosed tolling agreement along with the RFA in order for the appeal to be accepted. It is not necessary to submit an RFA form to the Division office if you do not object to the determination in this letter. It is not necessary to submit an RFA form to the Division office if you do not object to the determination in this letter.

As per your discussion with my staff, you have agreed to remove the fill materials in a timely manner in order to resolve the matter. I would like to meet with you, walk the site and further discuss options available to you for resolution. Please contact Ms. Floyd at the information provided below to assist you in arranging a date and time that is convenient for you.

This jurisdictional determination is valid for a period of five years from the date of this letter unless new information warrants revision prior to the expiration date. If you have any questions, please contact Ms. Floyd at (757) 201-7367 or by email at scharlene.a.floyd@usace.army.mil

Sincerely,

Kim Baggett

Kim Baggett
Deputy Chief, Regulatory Branch

Enclosures:  Appeal Form
             Tolling Agreement

Copies Furnished:

Department of Environmental Quality, Southern Regional Office
City of Virginia Beach

# NAO-1993-01365 / Holzmacher
## Wetland Delineation



March 24, 2014