IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *Plaintiff*, : | |
| : | |
| : | Civil Action No. 2:25-cv-00034 |
| v. : | |
| : | |
| HOWARD HOLZMACHER, Jr., and : | |
| NORTH LANDING FIREWOOD & : | |
| HAULING, INC., : | |
| : | |
| *Defendants*. : | |

### **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

Howard Holzmacher, Jr., and North Landing Firewood & Hauling, Inc. (collectively "Defendants"), by counsel, provide Notice of the following:

On April 15, 2025, Defendants filed a Consent Motion requesting an extension of time in which to file responsive pleadings [ECF 13]. On April 16, 2025, the Court granted the motion for extension of time, setting May 19, 2025, as the date by which Defendants were required to file responsive pleadings [ECF 14].

On May 15, 2025, the Plaintiff United States of America ("the government") filed an Unopposed Motion to Stay the Responsive Pleading Deadline and Hold the Case in Abeyance. [ECFs 15 and 16].

On the afternoon of May 19, 2025, out of an abundance of caution, Defendants filed their responsive pleadings as a Motion to Dismiss for Failure to State and Claim and Lack of Subject Matter Jurisdiction, and Memorandum in Support of the same [ECFs 18 and 19].

Later that afternoon, the Court granted the government's motion to stay the responsive pleadings and placed the case in abeyance until June 14, 2025 [ECF 20].

Accordingly, because the case is now stayed and no responsive pleadings are required at this time, Defendants respectfully withdraw the Motion to Dismiss [ECFs 18 and 19] until the case is taken out of abeyance and a new date for responsive pleadings is set by the Court.

Respectfully Submitted,

**HOWARD HOLZMACHER, Jr., and NORTH LANDING FIREWOOD & HAULING, INC.,**

By: /s/ Bryan S. Peeples
Bryan S. Peeples (VSB# 93709)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: 757.490.6283
bpeeples@pendercoward.com
*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 20th day of May, 2025, I filed the foregoing Notice of Withdrawal of Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Albert Lin, Ca. Bar No. 338253
Trial Attorney
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2741
Fax: (202) 514-8865
albert.lin@usdoj.gov

Kent P. Porter, VSB No. 22853
Supervisory Assistant U.S. Attorney
Office of the United States Attorney
Eastern District of Virginia
101 W. Main Street, Suite 8000
Norfolk, Va. 23510-1671
Tel: (757) 441-6331
Fax: (757) 441-6689
kent.porter@usdoj.gov

                                                                                  By: /s/ Bryan S. Peeples
                                                                                  Bryan S. Peeples (VSB# 93709)
                                                                                  PENDER & COWARD, P.C.
                                                                                  222 Central Park Avenue, Suite 400
                                                                                  Virginia Beach, VA 23462
                                                                                  Phone/Fax: 757.490.6283
                                                                                  bpeeples@pendercoward.com
                                                                                  *Counsel for the Defendants*