**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>HOWARD HOLZMACHER, Jr., and NORTH LANDING FIREWOOD & HAULING, INC.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-00034-EWH-LRL |

**UNOPPOSED MOTION FOR AN ADDITIONAL 120-DAY ABEYANCE AND STATUS REPORT**

Pursuant to Federal Rule of Civil Procedure 7, Local Civil Rule 7, and this Court's April 3, 2025 Order, the United States respectfully moves the Court to hold this matter in abeyance for an additional 120 days, to and including March 11, 2027, as pending administrative proceedings that may impact this case remain ongoing, as we explain in our accompanying memorandum. Defendants Howard Holzmacher, Jr., and North Landing Firewood & Hauling, Inc., do not oppose this motion.

Dated: November 6, 2026

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

THEOPHANI K. STAMOS
First Assistant United States Attorney

*<u>/s/ Laura J. Brown</u>*
Laura J. Brown PA Bar 208171
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5314
Fax: (202) 514-8865
Laura.j.s.brown@usdoj.gov

*<u>/s/ Kent P. Porter</u>*
Kent P. Porter, VSB No. 22853
Supervisory Assistant U.S. Attorney
Office of the United States Attorney
Eastern District of Virginia
101 W. Main Street, Suite 8000
Norfolk, Va. 23510-1671
Tel: (757) 441-6331
Fax: (757) 441-6689
kent.porter@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026 I served a copy of the foregoing filing, the accompanying memorandum, and the accompanying proposed order, to counsel for Defendants by CM/ECF.

*/s/ Laura J. Brown*